E-filed 11/17/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM LANGELL, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>IDEAL HOMES LLC, et al., <br><br>　　　　Defendants. | Case No.16-cv-00821-HRL <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE RE: PROBABLE VIOLATION OF RULE 11** |

The court described in detail the circumstances giving rise to this matter in its Order to Show Cause Re: Probable Violation of Rule 11. Dkt. No. 55. There is no need to repeat them here. Following the Order to Show Cause hearing, Mr. Redfield's client and defendant SAR Ideal Ventures moved to withdraw its answer, and Scottsdale Insurance Company moved to intervene to defend its interests with respect to the claims asserted against named defendant Ideal Homes, LLC.

Mr. Redfield's initial actions and representations in this matter were understandable—he appears to have been misled, and the court was misled as a result—and he eventually sorted things out. The court is not entirely satisfied with Mr. Redfield's actions and inactions in the interval. But after hearing the explanation for his behavior, the Court does not believe that sanctions are warranted. The Order to Show Cause is therefore discharged.

**IT IS SO ORDERED.**

Dated: 11/17/2016

　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge